UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLON HOLMES,         )<br>         Plaintiff         )<br>                                )<br>v.                              )<br>                                )<br>T. MELEADY, et al.,     )<br>         Defendants   )<br>_____) | CIVIL ACTION NO:<br>09-11219-NMG |

**DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(c)**

Now come the Defendants, T. Meleady, S. Marangoudakis, T. O'Shea, D. William, T. Nehmer, D. West, A. Casillas, Richard Tosoni, D. Quinn and M. O'Hallaran (hereinafter "Defendants"), and hereby request that this honorable court DISMISS the Plaintiff's, Marlon Holmes (hereinafter "Plaintiff"), amended complaint pursuant to Federal Rule of Civil Procedure 12(c).

RESPECTFULLY SUBMITTED,
DEFENDANTS,
T. MELEADY ET AL.,

/s/ **Anthony I. Wilson**
By_____
Anthony I. Wilson (682573)
awilson@springfieldcityhall.com
City of Springfield - Law Department
36 Court Street
Springfield, MA 01103
Phone: (413) 787-6085
Fax: (413) 787-6173

*Allowed, without opposition. This case may now be closed. So ordered.* Michael A. Ponsor USDJ
11·12·13