# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLON HOLMES,       )<br>          Plaintiff       )<br>                        )       CIVIL ACTION<br>     v.                 )       NO. 3:09-cv-11219-MAP<br>                        )<br>T. MELEADY, ET AL.,     )<br>          Defendants     ) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS  ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants T. Meleady, et al, against the plaintiff Marlon Holmes, pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                                        **ROBERT M. FARRELL**,
                                                        CLERK OF COURT

Dated: November 12, 2013            /s/ *Maurice G. Lindsay*
                                                        Maurice G. Lindsay
                                                        Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
     [jgm.]